```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
SHAWN AHMED,                                          :
                                                      :
                              Plaintiff,              :      14 Civ. 7491 (KPF)
            v.                                        :
                                                      :             ORDER
STEPHEN NATHANAEL PURCELL,                            :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: February 18, 2015 |

KATHERINE POLK FAILLA, District Judge:

As discussed during today's conference, the parties are hereby ORDERED to submit a letter by **March 4, 2015**, which sets forth the parties' positions with respect to the related action filed on December 5, 2014, in the Superior Court of Arizona, Pima County, *Purcell* v. *Ahmed*, No. C20146273.

Additionally, Plaintiff shall file his Amended Complaint by **March 4, 2015**.  Defendant shall answer or otherwise respond to the Amended Complaint by **March 18, 2015**.  If Defendant chooses to file a motion to dismiss, he shall submit a pre-motion conference letter in accordance with the Court's Individual Rules of Practice in Civil Cases, and Plaintiff shall file a responsive letter within three business days.  Upon receipt of the letters, the Court will decide whether to hold a pre-motion telephone conference.

SO ORDERED.

Dated:  February 18, 2015
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge