```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
SHAWN AHMED,                                          :
                                                      :
                              Plaintiff,              :       14 Civ. 7491 (KPF)
              v.                                      :
                                                      :              ORDER
STEPHEN NATHANAEL PURCELL,                            :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 16, 2015

KATHERINE POLK FAILLA, District Judge:

On March 12, 2015, Esha Krishnaswamy, Esq., counsel for Plaintiff, moved to withdraw as counsel. This motion was filed on ECF (Dkt. #23), but upon the request of Ms. Krishnaswamy, was placed under temporary seal. Ms. Krishnaswamy has indicated that she inadvertently included sensitive information about her client — his mailing address — on this filing.

Accordingly, it is hereby ORDERED that Docket Entry 23 be permanently stricken, with the understanding that Ms. Krishnaswamy shall file a redacted copy of her motion and accompanying papers by March 20, 2015. By March 25, 2015, Defendant shall file a letter indicating any objections to the anticipated motion to withdraw.

Additionally, the deadlines set forth in the Court's March 4, 2015 Order shall be stayed pending the resolution of the motion to withdraw.

SO ORDERED.

Dated:   March 16, 2015
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge