# Exhibit A

**EXHIBIT A**

**Screenshot #1**



## EXHIBIT A

### Screenshot #2



**EXHIBIT A**

**Screenshot #3**

**EXHIBIT A**

**Screenshot #4**



EXHIBIT A

Screenshot #5



**EXHIBIT A**

**Screenshot #6**



# EXHIBIT A

## Screenshot #7

