AFFIDAVIT OF STEPHEN PURCELL

STATE OF ARIZONA       )
                       ) ss
COUNTY OF PIMA         )

BEFORE ME, the undersigned Notary Public, on this 23rd of day February 2015, Stephen Purcell, personally appeared, and upon being duly sworn, deposes and says:

I am not a resident or citizen of New York. Between June 2011 and January 2012, I lived in a rented sublet room located in West New York, New Jersey, while I worked in New York. In January 2012, I moved from West New York, New Jersey, to Arizona, where I have continued to live and work. I have not physically lived or worked in New York since January 2012.

During December 2012, I contracted with a client in New York to complete an editing project. I completed the project in March 2013. All work for the project was done from my physical location in Arizona. Communications about the project were conducted via e-mail. Physical media for the project was sent to the client in New York. I also received physical media for the project from the client in New York. Following this single editing project, I have not had any clients or work in New York.

I do not own or maintain an office, a bank account, any real property, or any other assets in New York. I have no employees in New York. I do not contract with any independent contractors in New York. I do not pay any income, property, or use taxes to the State of New York.

I visited New York for less than one week in June 2014. I have not returned to New York since my visit in June 2014. I have no plans to return to, live, or work in New York in the future.

_____         _2/23/15_____
Stephen Purcell (Affiant)                Date

Subscribed and sworn to before me on the 23 day of February, 2015.

[Notary Seal:]

_____         Michelle Ziegler
Notary's Signature                       Notary's Printed Name

NOTARY PUBLIC
My commission expires: March 10, 2017.

MICHELLE ZIEGLER
Notary Public - Arizona
Pima County
My Comm. Expires Mar 10, 2017